```
 1  BARRY J. PORTMAN
    Federal Public Defender
 2  JOHN PAUL REICHMUTH
    Assistant Federal Public Defender
 3  555 - 12th Street
    Suite 650
 4  Oakland, CA 94607-3627
    Telephone: (510) 637-3500
 5
    Counsel for Defendant McGary
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-00958-SBA (LB) |
| Plaintiff, | STIPULATION; [PROPOSED] ORDER MODIFYING RELEASE CONDITIONS |
| vs. | |
| ISAIAH MCGARY, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the release conditions in this case be modified to permit Mr. McGary to leave his mother's residence for full time attendance at the labor and delivery of, and any continuous stay in the hospital by, Billie Jean Shelton. After the delivery, Mr. McGary may remain at the hospital while Ms. Shelton is there, except that he is to return to his mother's home between the hours of 10:00 p.m and 6:00 a.m. It is further STIPULATED that Mr. McGary may leave his mother's residence immediately and travel directly to the hospital, as soon as he is informed that Billie Jean Shelton has gone into labor, provided that he inform the Pretrial Services Agency of his location as soon as he is able.

1  //

2

3       Rich Sarlatte, Pretrial Services Officer, has reviewed this stipulation and discussed the

4 terms with the parties and does not object to its terms.

5

6                                                    /s/

7 Date   6/28/10                      John Paul Reichmuth
                                                      Assistant Federal Public Defender
                                                       Counsel for defendant MCGARY

8

9

10

11

12 Date   6/28/10                      /s/
                                                       John Cooke
                                                       Assistant United States Attorney

13

14     I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.     /S/ JOHN PAUL REICHMUTH

15

16

17

18

19

20

21

22

23

24

25

26

**ORDER**

It is hereby ORDERED that the release conditions in this case be modified to permit Mr. McGary to leave his mother's residence for full time attendance at the labor and delivery of, and any continuous stay in the hospital by, Billie Jean Shelton. It is further ORDERED that Mr. McGary may leave his mother's residence immediately and travel directly to the hospital, as soon as he is informed that Billie Jean Shelton has gone into labor, provided that he inform the Pretrial Services Agency of his location as soon as he is able. After the delivery, Mr. McGary may remain at the hospital while Ms. Shelton is there, except that he is to return to his mother's home between the hours of 10:00 p.m and 6:00 a.m. each day. All other release conditions, including the previous modification of release conditions shall remain in effect.

IT IS SO ORDERED.

6/30/10  
Date

*Saundra B. Armstrong*  
HON. DONNA M. RYU SAUNDRA B. ARMSTRONG  
UNITED STATES MAGISTRATE JUDGE

3