BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant McGary

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 09-00958-SBA |
| ) | |
| Plaintiff, ) | ORDER OF CONTINUANCE AND |
| ) | EXCLUSION OF TIME UNDER THE |
| vs. ) | SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET |
| ) | SEQ. |
| ISAIAH MCGARY, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## ORDER

Based on the reasons provided in the stipulation of the parties above, the court hereby FINDS:

1. The ends of justice served by the granting of the continuance from September 28, 2010 until November 16, 2010 outweigh the best interests of the public and the defendant in a speedy and public trial because new defense counsel is taking over the case as of September 1, 2010. Further, the Probation Office needs additional time to prepare a Report for the Court's review, due the theft of the original file in this case.

2. The proposed plea agreement remains under advisement by the Court.

3. Given the change in counsel and the Court's continued consideration of the proposed

1

1  plea agreement, additional time is needed for effective preparation of counsel, continuity of
2  counsel, and consideration of the plea agreement by the court.
3      Based on these findings, IT IS HEREBY ORDERED that time be excluded under the
4  speedy trial act, 18 U.S.C. §§ 3161(h)(1)(G) and 3161(h) (7)(A) and (B)(iv) from September 28,
5  2010 until November 16, 2010.
6      IT IS FURTHER ORDERED that the SENTENCING AND CHANGE OF PLEA
7  HEARING date of September 28, 2010, scheduled at 10:00 a.m., before the Honorable Saundra
8  Brown Armstrong, be vacated and reset for November 16, 2010 at 10:00 a.m.

10  DATED:9/16/10

11                                      SAUNDRA BROWN ARMSTRONG
12                                      United States District Judge