UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ISAIAH MCGARY,<br><br>    Defendant. | Case No:  CR 09-00958 SBA<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION** |

On November 2, 2010, the Court referred this matter to Magistrate Judge Beeler for a report and recommendation on the acceptance of Defendant's guilty plea.  On November 16, 2010, Magistrate Judge Beeler issued a Report and Recommendation in which she recommended that this Court accept Defendant's guilty plea.  At the November 16, 2010 sentencing hearing in this matter, the parties indicated that they have no objections to the Report and Recommendation.  Accordingly,

IT IS HEREBY ORDERED THAT Magistrate Judge Beeler's  Report and Recommendation (Docket 34-1) is ACCEPTED and shall become the Order of this Court.

IT IS SO ORDERED.

Dated: November 16, 2010

*Saundra B. Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge