BARRY J. PORTMAN
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant ISAIAH McGARY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-09 00958 SBA [DMR] |
| Plaintiff, | **STIPULATION AND ORDER MODIFYING RELEASE CONDITIONS** |
| vs. | |
| ISAIAH McGARY, | |
| Defendant. | |

    Isaiah McGary presently is residing at Cornell Corrections' San Francisco facility. Pretrial Services Officer Richard Sarlatte agrees that Mr. McGary may return home to 2121 Sand Creek Road, Apartment 8, Brentwood, California, to spend the holidays with his family. The Court has ordered Mr. McGary to self-surrender to the Bureau of Prisons on January 7, 2011.

    It is therefore STIPULATED AND AGREED that Mr. McGary may be released from Cornell Corrections to spend the holidays with his family, provided he submit to electronic monitoring and whatever other form of monitoring conditions Pretrial Services may require, and is restricted to his residence unless otherwise authorized by Pretrial Services. Mr. McGary shall continue to abide by all other conditions Pretrial Services deems appropriate.

STIP/ORD                                        1

|   |   |
|---|---|
| | /S/ |
| Dated: December 21, 2010 | _____ |
| | KESLIE STEWART |
| | Assistant United States Attorney |
| | /S/ |
| Dated: December 20, 2010 | _____ |
| | JEROME E. MATTHEWS |
| | Assistant Federal Public Defender |

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Good cause appearing therefor, IT IS ORDERED that Isaiah McGary may be released from Cornell Corrections to spend the holidays with his family, provided he submit to electronic monitoring and whatever other form of monitoring conditions Pretrial Services may require, and is restricted to his residence unless otherwise authorized by Pretrial Services. Mr. McGary shall continue to abide by all other conditions Pretrial Services deems appropriate and surrender himself to the Bureau of Prisons no later than January 7, 2011, as previously ordered.

Dated: December 22, 2010                              _____
                                                      DONNA M. RYU
                                                      United States Magistrate Judge

STIP/ORD                              2